# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN TOLAND, | CASE NO. CV 08-0537-GHK (JTL) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE PEOPLE, | |
| Defendant. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 6/30/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE